IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
ASHEVILLE, N. C.

MAY 2 6 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CIVIL ACTION NO. MDL 875 |
| This Documents Relates to: | USDC-WDNC |
| AGNES E. ROBINSON, Individually and as Administrator of the Estate of THOMAS C. ROBINSON, | FILE NO. 1:03-CV-00278 |
| Plaintiff, | |
| v. | |
| AMERICAN STANDARD, INC., et al., | |
| Defendants. | |

## ORDER OF DISMISSAL

This matter is before the Court upon Motion of the plaintiff, Agnes E. Robinson, Individually and as Administrator of the Estate of Thomas C. Robinson, to voluntarily dismiss this action as to defendant The Goodyear Tire & Rubber Company (hereinafter "Goodyear"), pursuant to Rule 41 of the Federal Rules of Civil Procedure.

It appearing that grounds exist to permit plaintiff to voluntarily dismiss this action without prejudice as to defendant Goodyear, the Court concludes that this motion should be granted.

It is therefore ORDERED, ADJUDGED AND DECREED that the actions of plaintiff against defendant Goodyear, only, be dismissed without prejudice.

This the 16th day of May, 2005.

_____
Honorable Charles R. Weiner, U.S. District Judge