IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY )
LITIGATION (NO. VI) )
)    Civil Action No. MDL 875
This Document Relates to: )
)
)
)
THOMAS C. ROBINSON and spouse, )
AGNES ROBINSON, )
)
Plaintiffs, )
)    W.D.N.C.
vs. )    File No. 1:03-CV-278
)
AMERICAN STANDARD, INC., )
a Delaware corporation; et al, )
)
Defendants. )

## STIPULATION OF DISMISSAL OF DEFENDANT ZURN INDUSTRIES, INC. WITHOUT PREJUDICE

The Plaintiffs, Thomas C. Robinson and spouse Agnes Robinson, and Defendant Zurn Industries, Inc. hereby jointly move for an order dismissing without prejudice Plaintiffs' claims against Zurn Industries, Inc., pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

_____
Janet Ward Black
N. C. State Bar No. 12869
Donaldson & Black, P.A.
208 W. Wendover Avenue
Greensboro, NC 27401
(336) 273-3812
Attorney for Plaintiffs

_____
Barbara J. Dean
N. C. State Bar No. 5572
Dean & Gibson, LLP
301 S. McDowell Street, Suite 900
Charlotte, NC 28204
(704) 372-2700
Attorney for Defendant Zurn Industries, Inc.

APPROVED BY THE COURT AND SO ORDERED:

_____
Honorable Charles R. Weiner, U.S. District Judge
Date: May 26, 2005

## CERTIFICATE OF SERVICE

I, Barbara J. Dean, do hereby certify that I have served a copy of the foregoing *Stipulation of Dismissal of Defendant Zurn Industries, Inc. Without Prejudice* on the attorney(s) listed below by mailing a copy of the same to each of them, postage prepaid, through the United States Postal Service, First Class, this the 16th day of May, 2005.

Barbara J. Dean

Ms. Janet Ward Black
Donaldson & Black, P.A.
208 W. Wendover Avenue
Greensboro, NC 27401
*Attorney for Plaintiffs*

Mr. Richard E. Fay
Hamilton Gaskins Fay & Moon, PLLC
2020 Charlotte Plaza
201 S. College Street
Charlotte, NC 28244-2020
*Attorney for International Paper (formerly Champion International Corporation)*

Mr. Timothy W. Bouch
Leath, Bouch & Crawford, LLP
P. O. Box 59
Charleston, SC 29402
*Attorney for Crown, Cork & Seal Company, Inc.*

Ms. Susan H. Hargrove
Smith Anderson Blount Dorsett
  Mitchell & Jernigan, LLP
P. O. Box 2611
Raleigh, NC 27602
*Attorney for Daimlerchrysler Corporation
f/k/a Chrysler Corporation*

2

Mr. Richard C. Biedrzycki
Phelan Pettit & Biedrzycki
121 S. Broad Street, Suite 1600
Philadelphia, PA 19107
*Attorney for Exxonmobile Oil Corporation
f/k/a Mobile Oil Corporation*

Mr. H. Lee Davis, Jr.
Davis & Hamrick, LLP
P. O. Drawer 20039
Winston-Salem, NC 27120-0039
*Attorney for The Flintkote Company*

Ms. Susan H. Hargrove
Smith Anderson Blount Dorsett
 Mitchell & Jernigan, LLP
P. O. Box 2611
Raleigh, NC 27602
*Attorney for Ford Motor Company*

Mr. Timothy W. Bouch
Leath Bouch & Crawford
P. O. Box 59
Charleston, SC 29402
*Attorney for Garlock, Inc.*

Mr. Timothy Peck
Smith Moore LLP
P. O. Box 21927
Greensboro, NC 27420
*Attorney for General Electric Company*

Ms. Susan H. Hargrove
Smith Anderson Blount Dorsett
 Mitchell & Jernigan, LLP
P. O. Box 2611
Raleigh, NC 27602
*Attorney for General Motors Corporation*

Mr. A. Todd Brown
Mr. John D. Epps
Hunton & Williams
One Bank of America Plaza
101 S. Tryon Street, Suite 3500
Charlotte, NC 28280
*Attorneys for Goodrich Corporation f/k/a The B. F. Goodrich Company*

Mr. Timothy Peck
Smith Moore LLP
P. O. Box 21927
Greensboro, NC 27420
*Attorney for Goodyear Tire & Rubber Co.*

Mr. Timothy Peck
Smith Moore LLP
P. O. Box 21927
Greensboro, NC 27420
*Attorney for Ingersoll-Rand Company*

Mr. Mark E. Anderson
Newsome Graham Hedrick & Kennon, P.A.
P. O. Box 51579
Durham, NC 27717-1579
and
Mr. Thomas M. Buckley
Patterson Dilthey Clay & Bryson, LLP
4020 Westchase Blvd., #550
Raleigh, NC 27607
*Attorneys for John Crane, Inc.*

Mr. Keith E. Coltrain
Elmore & Wall, PA
P. O. Box 10937
Raleigh, NC 28605
*Attorney for Metropolitan Life Insurance Company*

Mr. Jeff Kadis
Hedrick Eatman Gardner & Kincheloe
P. O. Box 30397
Charlotte, NC 28230-0397
*Attorney for 3M COMPANY a/k/a
Minnesota Mining & Manufacturing Co.*

Mr. Timothy W. Bouch
Leath Bouch & Crawford
P. O. Box 59
Charleston, SC 29402
*Attorney for Paccar, Inc.*

Ms. Tracy E. Tomlin
Nelson Mullins Riley & Scarborough
100 N. Tryon Street, Suite 2400
Charlotte, NC 28202-4000
*Attorney for Pfizer, Inc.*
*and Quigley Company*

Mr. Kenneth Kyre, Jr.
Pinto Coates Kyre & Brown
P. O. Box 4848
Greensboro, NC 27404
*Attorney for Pneumo Abex Corporation*

Ms. Tracy E. Tomlin
Nelson Mullins Riley & Scarborough
100 N. Tryon Street, Suite 2400
Charlotte, NC 28202-4000
*Attorney for Texaco, Inc.*

Mr. Richard L. Forman
Forman Perry Watkins Kurtz & Tardy
P. O. Box 22608
Jackson, MS 39225-2608
*Attorney for Uniroyal Holdings, Inc., successor to Uniroyal, Inc.*

Ms. Susan H. Hargrove
Smith Anderson Blount Dorsett
  Mitchell & Jernigan, LLP
P. O. Box 2611
Raleigh, NC 27602
*Attorneys for Wheeler Sales Company f/k/a*
*Wheeler Protective Apparel Corporation*

Mr. H. Lee Davis, Jr.
Davis & Hamrick, LLP
P. O. Drawer 20039
Winston-Salem, NC 27120-0039
*Attorney for Worthington Pump, Inc.*

Ms. Dana H. Davis
Young Moore & Henderson, PA
P. O. Box 31627
Raleigh, NC 27622
*Attorney for York International Corporation*
*Formerly Borg-Warner Air Conditioning, Inc.*