RECEIVED
CHARLOTTE, N.C.
OCT 1 8 2006
Clerk, US District Court
W. Dist of N.C.

FILED
ASHEVILLE, N.C.
OCT 1 9 2006
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CIVIL ACTION NO. MDL 875 |

This Document Relates to:

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RONALD E. SPLAWN AND SPOUSE, SHELBA M. SPLAWN, <br><br> Plaintiffs, <br><br> v. <br><br> LOCKHEED MARTIN CORPORATION et al., <br><br> Defendants. | File No. 1:03CV252 |
| THOMAS C. ROBINSON and spouse, AGNES ROBINSON, <br><br> Plaintiffs, <br><br> v. <br><br> LOCKHEED MARTIN CORPORATION, et al. <br><br> Defendants. | File No. 1:03CV278 |

ORDER OF DISMISSAL

This matter is before the Court upon motions herein of the Plaintiffs pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure to voluntarily dismiss their actions without prejudice as to the Defendant Lockheed Martin Corporation.

THEREFORE, IT IS NOW ORDERED that those actions with respect to the Defendant Lockheed Martin Corporation be, and the same hereby is, dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The parties shall bear their own costs.

This the 3rd day of October, 2006.

*[signature]*
HONORABLE JAMES T. GILES
UNITED STATES DISTRICT COURT JUDGE

WE MOVE:

WARD BLACK, P.A. d/b/a WARD BLACK LAW

By: *[signature]*
Janet Ward Black
N.C. State Bar No. 12869
208 W. Wendover Avenue
Greensboro, NC 27401
Attorneys for Plaintiffs

WE CONSENT:

NEXSEN PRUET ADAMS KLEEMEIER, PLLC

By: *[signature]*
David S. Pokela
NC State Bar No. 19217
P.O. Box 3463
Greensboro, NC 27402
Attorneys for Defendant Lockheed Martin Corporation